UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br>v.<br>DARIAN LEWIS MARTIN,<br><br>                               Defendant. | Case No. 2:14-cr-00115-KJD-PAL<br><br>**ORDER**<br><br>(Mtn to Substitute – Dkt. #21) |

This matter is before the court on the Substitution of Attorney (Dkt. #21) filed July 16, 2014. Paul J. Adras seeks leave to be substituted in the place of the Federal Public Defender as counsel for Defendant Darian Lewis Martin.

LR IA 10-6 provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." In addition, any stipulation to substitute shall only be by leave of court. LR IA 10-6(c).

On March 25, 2014, a federal grand jury returned an Indictment (Dkt. #1) against Martin, charging him with one count of felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Martin made an initial appearance on March 28, 2014, and entered a not guilty plea. See Minutes of Proceedings (Dkt. #6). The court held a detention hearing on March 31, 2014, and a continued detention hearing on April 3, 2014. *See* Minutes of Proceedings (Dkt. ##9, 15). Martin was detained pending trial. *See* Order of Detention (Dkt. #16). Trial is scheduled for October 20, 2014. *See* Order to Continue (Dkt. #20).

Having reviewed and considered the matter, and good cause appearing,

1

**IT IS ORDERED**:

1. The Substitution of Attorney (Dkt. #21) is APPROVED.
2. Paul J. Adras is substituted in the place of the Federal Public Defender as counsel for Defendant Darian Lewis Martin, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 22nd day of July, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE